**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wendell J. BARTLEY, a.k.a. Poochie, Defendant–Appellant.**

No. 14–10394

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 22, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL,

Dineen Baker, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Lisa Call, Federal Public Defender's Office, Jacksonville, FL, Robert Godfrey, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, JORDAN, and ROSENBAUM, Circuit Judges.

BY THE COURT:

Robert Godfrey, appointed counsel for Wendell J. Bartley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bartley's convictions and sentences are **AFFIRMED.**